# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **D'WANNA WILLIAMS,** | }<br>} |
| **Plaintiff,** | }<br>} |
| v. | } Case No.: 2:22-CV-00171-RDP<br>} |
| **CAS PROPERTY LLC,** | }<br>} |
| **Defendant.** | } |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 16), filed May 3, 2022, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this May 3, 2022.

*/s/ R. David Proctor*
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE